**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-cv-20694-RKA

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

THE DASW CORP. and PONTE
NUOVO MIAMI LLC,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, THE DASW CORP.,

hereby advise the Court that the parties have reached an agreement to settle the instant case pending

the execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action

with prejudice no later than thirty (30) days from the date of this Notice. Accordingly, the Parties

respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this March 10, 2026.

| | |
|---|---|
| *By: /s/ Ramon J. Diego* | By: */s/ Tara E. Faenza* |
| RAMON J. DIEGO | TARA E. FAENZA |
| Florida Bar No.: 689203 | Florida Bar No.: 106928 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **PATHMAN LAW, LLC** |
| 5001 SW 74th Court, Suite 103 | One Biscayne Tower – Suite 2400 |
| Miami, Florida 33155 | 2 South Biscayne Boulevard |
| Telephone: (305) 350-3103 | Miami, Florida 33131 |
| Email: ramon@rjdiegolaw.com | Telephone: (305) 379-2425 |
| *Counsel for Plaintiff* | Email: tfaenza@pathmanlaw.com |
| | *Counsel for Defendant, THE DASW CORP.* |

Daniel Foodman, Esq.
Florida Bar No.: 337160
**THE FOODMAN FIRM, P.A.**
3059 Grand Avenue – Suite 330
Miami, FL 33133
Telephone No.: (305) 201-3663
E-mail: df@foodmanfirm.com
*Counsel for Defendant*, THE DASW CORP.

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 10, 2026.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_Ramon J. Diego_____
RAMON J. DIEGO